

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: May 26, 2011

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Los Angeles County Superior Court
1725 Main Street
Santa Monica, CA 90401

Re: Case Number: 2:11-cv-02747-GW(AJWx)

Previously Superior Court Case No. SC 111666

Case Name: Ayman Kandeel et al v. Bret Saxon et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 5/23/2011, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: P. Lopez / lopez@cacd.uscourts.go
Deputy Clerk     213-894-

☒ Western  ☐ Eastern  ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

JUN 1 4 2011
Date

Clerk, Superior Court

By: _____
Deputy Clerk

CV - 103 (09/08)       LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)